UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA,

v.    CRIMINAL NO. 2:07cr222

ANGELICA G. RODRIGUEZ-GOMEZ,

Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to a one-count criminal information is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offense. Sentencing is hereby scheduled for April 9, 2008, at 10:00 a.m.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
UNITED STATES DISTRICT JUDGE

Norfolk Virginia
December 27, 2007